**Order entered May 3, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-21-00160-CV
No. 05-21-00175-CV
No. 05-21-00260-CV

**IN RE  BRIDGET BROWN PARSON, Relator**

**BRIDGET PARSON, Appellant**

**V.**

**BECKY COLE, Appellee**

**Original Proceeding and Appeals from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-15-01563-B**

**ORDER**
Before Chief Justice Burns, Justice Molberg, and Justice Smith

Before the Court is appellant's April 27, 2021 motion to (1) reconsider this Court's April 9, 2021 order denying her motion for stay and (2) vacate the trial court's April 14, 2021 order appointing a receiver.  We **DENY** the motion.  **To the extent** the motion may also be construed as a motion for rehearing of this Court's March 29, 2021 dismissal opinion in cause number 05-18-00642-CV, the motion

remains pending under that cause number. *See Bridget Parson v. Becky Cole*, No. 05-18-00642-CV, 2021 WL 1169398 (Tex. App.—Dallas March 29, 2021, no pet. h.) (mem. op.).

Appellant has appealed the order appointing a receiver and it is docketed as appellate cause number 05-21-00260-CV. Appellate cause number 05-21-00175-CV is appellant's appeal of the denial of her motion to recuse the trial court judge in the same underlying proceeding. On the Court's own motion, we **CONSOLIDATE** appellate cause number 05-21-00260-CV into appellate cause number 05-21-00175-CV. The clerk's and reporter's records shall be filed under appellate cause number 05-21-00175-CV.

We **DIRECT** the Clerk of this Court to send a copy of this order to John Warren, Dallas County Clerk; Robin Washington, Official Court Reporter for County Court at Law No. 2; and, all parties.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE